No. 376, Misc.   GOLLA *v.* RHODES, WARDEN.   Supreme Court of Delaware.   Certiorari denied.

No. 378, Misc.   COOPER *v.* JACKSON, WARDEN.   Appellate Division of the Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 380, Misc.   JOHNSON *v.* ILLINOIS.   Circuit Court of Macon County, Illinois.   Certiorari denied.

No. 382, Misc.   SMITH *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 383, Misc.   WARREN *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 384, Misc.   WALKER *v.* MISSOURI.   Supreme Court of Missouri.   Certiorari denied.

No. 386, Misc.   MILLER *v.* THORN, ANCILLARY EXECUTRIX, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.

No. 387, Misc.   FAULKNER *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 413, Misc.   HARLESS *v.* IOWA.   Supreme Court of Iowa.   Certiorari denied.   Petitioner *pro se.   Norman A. Erbe,* Attorney General of Iowa, and *Freeman H. Forrest,* Assistant Attorney General, for respondent.